## CITY NAT. BANK OF CORPUS CHRISTI v. DALLAS TRANSFER & TERMINAL WAREHOUSE CO. et al. (No. 7274.)

Court of Civil Appeals of Texas. Austin. Oct. 31, 1928.

Rehearing Denied Nov. 21, 1928.

Edward B. Ward and Wm. M. Sutherland, both of Corpus Christi (John T. Gano, of Dallas, of counsel), for plaintiffs in error.

White & Yarborough, of Dallas, for defendant in error Southern Import & Export Co.

W. H. Flippen and John T. Gano both of Dallas, for Dallas Transfer & Terminal Warehouse Co.

McCLENDON, C. J. Appeal by writ of error from an interlocutory order overruling a plea of privilege claiming the right to be sued in another county. Motion granted, and the appeal by writ of error is dismissed for want of jurisdiction on the authority of Western Electric Co. v. Wilson (Tex. Com. App.) 299 S. W. 869; Higginbotham v. Hancock (Tex. Civ. App.) 4 S.W.(2d) 583.

Motion granted. Appeal dismissed.